[No. 62557-8-I.   Division One.   November 9, 2009.]

RANDY HALL, *Respondent*, v. TRACEY NORTON ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-2-03796-5, Jacalyn D. Brudvik, J. Pro Tem., entered October 9, 2008. *Reversed* by unpublished opinion per Dwyer, A.C.J., concurred in by Becker and Appelwick, JJ.

[No. 62676-1-I.   Division One.   November 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. T'ZHIONNE WATSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-8-00333-9, Carol A. Schapira, J., entered October 28, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Lau and Leach, JJ.

[No. 62714-7-I.   Division One.   November 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. BASSETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-08459-9, Jeffrey M. Ramsdell, J., entered December 1, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Cox and Ellington, JJ.

[No. 62756-2-I.   Division One.   November 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MICHAEL BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-03217-5, Palmer Robinson, J., entered December 16, 2008. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Grosse and Lau, JJ.